Fort Miller Pulp and Paper Company, Appellant, Respondent, v. Fred A. Bratt and Bertha Payne, as Executors, etc., of Robert Payne, Deceased, and Others, Respondents, Appellants. (Action No. 1.) — Same judgment ordered as in action No. 2.* No opinion. All concurred.

Peter M. Hummell and Others, Respondents, v. Frank B. Reynolds, Appellant.— Order modified by striking out provisions requiring items of the alleged counterclaim, and as modified affirmed, without costs. No opinion. All concurred, except Cochrane, J., who voted for reversal.

John Kelly, Respondent, v. Boston and Maine Railroad, Appellant.— Judgment and order reversed as against the weight of evidence and new trial granted, with costs to appellant to abide event. No opinion. All concurred.

Timothy McMahon, Respondent, v. The Delaware, Lackawanna and Western Railroad Company, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Smith, P. J., not voting.

George R. Markell, Jr., Respondent, v. Morse Chain Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion.

In the Matter of the Judicial Settlement of the Accounts of William J. Roche, as Executor, etc., of Henry T. Nason, Deceased. Eliza E. Bates and Susan A. Dearborn, Appellants, v. William J. Roche, as Executor, etc., of Henry T. Nason, Deceased, and Others, Respondents.— Appeal dismissed, with costs. No opinion. All concurred.

In the Matter of the Application of William R. Weaver for a Writ of Prohibition. In the Matter of the Petition of Edward J. Lance, a Candidate at the General Election Held on the 6th day of November, 1906, in the County of Clinton, for an Order or Orders under Chapter 502, Laws of 1906.† — Application denied.

Emma Meitch, Appellant, v. Mary Bartram, Respondent.— Order affirmed, with costs. No opinion. All concurred.

The People of the State of New York ex rel. John S. Meyerholz, Appellant, v. Philip O'Connell, as Under-Sheriff of the County of Warren, State of New York, Respondent.— Order unanimously affirmed, with costs. No opinion.

The People of the State of New York ex rel. Willard R. Wheeler v. Emerson E. Williams and Others, Town Auditors, Town of Canajoharie.— Determination of town auditors unanimously confirmed, with fifty dollars costs and disbursements. No opinion.

The People of the State of New York, Respondent, v. Henry Winn, Appellant. — Judgment of conviction unanimously affirmed. No opinion.

The People of the State of New York ex rel. New York Central and Hudson River Railroad Company v. Board of Railroad Commissioners, Buffalo, Niagara Falls and Rochester Railway Company and Others.— Motion denied.

Charles E. Rose, Respondent, v. The City of Troy, Appellant.— Judgment and order affirmed, with costs. No opinion. All concurred, except Kellogg and Cochrane, JJ., dissenting.

---

* See 119 App. Div. 685.—[REP.

† Adding to Election Law (Laws of 1896, chap. 909), §§ 200–221.— [REP.